CAUSE NO. 201029273

RECEIPT NO. 402360          0.00        MTA
05-10-2010          TR # 72533142

PLAINTIFF: CLARK, ANDREW

vs.

DEFENDANT: COLDWATER MACHINE COMPANY LLC

In The  55th
Judicial District Court
of Harris County, Texas
55TH DISTRICT COURT
Houston, TX

CITATION (OHIO)

THE STATE OF TEXAS
County of Harris

TO: COLDWATER MACHINE LLC BY SERVING ITS REGISTERED AGENT MICHAEL A PRIEST
    200 WEST NATIONWIDE BLVD   COLUMBUS OH 43215

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE REQUEST FOR ADMISSIONS REQUEST FOR PRODUCTION AND INTERROGATORIES

This instrument was filed on the 10th day of May, 2010, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 11th day of May, 2010, under my hand and seal of said Court.

Issued at request of:
PLUASINOUT, VEF
101, TEXAS
HOUSTON, TX 77002
Tel: (713) 224-???
Bar No.: 794000

LOREN JACKSON, District Clerk
Harris County, Texas
201 Caroline    Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: BRANTLEY, FLEXSHILLA   101E/U10/9783976

CERTIFICATION

TO THE SHERIFF OF _____, _____ COUNTY, OHIO

The _____ Judicial Court of Harris County, Texas has authority to issue the legal instruments for service upon residents and corporations in the State of Ohio.

The tagged legal documents for residents and corporations in the State of Ohio do conform with the laws of the State of Texas.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Houston, Texas, on this _____ day of _____, A.D. _____.

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, T E X A S

BY _____
Deputy District Clerk
HARRIS COUNTY, TEXAS

RETURN

Came to hand on the _____ day of _____, _____, at _____ o'clock ___.M., and executed in _____ County, Texas, by delivering to each of the within named defendants, in person a true copy of this citation at the following time and places, to wit:

NAME:

DATE SERVED - (MONTH, DAY, YEAR):

PLACE OF SERVICE:

Ar__ not executed as to the Defendant, the diligence used in finding said Defendant being _____

_____

FEE: $ _____

_____ of _____ County, Texas

By _____
   Deputy

_____
Authorized Person

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on _____ day of _____, _____.

_____
Notary Public