UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDREW CLARK § | |
| § | |
| vs. § | |
| § | C. A. NO. H-10-2520 |
| COLDWATER MACHINE § | |
| COMPANY, LLC § | |

## MOTION TO ENTER JUDGMENT - AGREED

Comes Now, Andrew Clark ("Clark") and Coldwater Machine Company, LLC ("CMC"), and submits this Motion to Enter Judgment, and would show to the court the following:

**1. SETTLEMENT.** This case was tried during the week of October 31, 2011. The jury returned its verdict on November 3, 2011. The parties have agreed to settle this case. As part of that settlement, the parties agreed to request that the Court set aside the jury verdict, grant a new trial, and enter a take nothing judgment.

**2. TAKE NOTHING JUDGMENT.** The parties respectfully request that this Court abide by the parties' agreement and enter a take nothing judgment.

VUJASINOVIC & BECKCOM, PLLC

Vuk S. Vujasinovic
TBN 00794800
1001 Texas Avenue, Suite 1020
Houston, Texas 77001
713.224.7800 – Voice; 713.224.7801 – Fax
ATTORNEY FOR PLAINTIFF, ANDREW CLARK

MATTINGLY LAW FIRM

By: Edward A. Mattingly
TBN 13228500
8554 Katy Freeway, Suite 327
Houston, Texas 77024
713.467.4400 – Voice; 713.467.4455 – Fax
ed@mattinglylawfirm.com
ATTORNEY FOR DEFENDANT, COLDWATER MACHINE COMPANY, LLC

ATTORNEYS FOR DEFENDANT COLDWATER MACHINE CO., LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ANDREW CLARK | § | |
| | § | |
| vs. | § | |
| | § | C. A. NO. H- 10-2520 |
| COLDWATER MACHINE | § | |
| COMPANY, LLC | § | |

## JUDGMENT

On the date signed below came on for consideration the parties' Agreed Motion to Enter Judgment. The Court, having considered CMC's motion and the response, if any, filed by the plaintiff, is of the opinion that the motion is meritorious and should be granted. Therefore, it is

**ORDERED, ADJUDGED** and **DECREED** that the Plaintiff, Andrew Clark, shall have and recover a judgment that the Plaintiff takes nothing from the Defendant, Coldwater Machine Company, LLC. Further, it was

**ORDERED** that costs of court incurred are taxed against the party incurring same.

SIGNED on this ____ day of _____, 201__.


_____
Honorable Keith Ellison