UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDREW CLARK | § | |
| | § | |
| vs. | § | |
| | § | C. A.  NO.  H- 10-2520 |
| COLDWATER MACHINE | § | |
| COMPANY, LLC | § | |

## JUDGMENT

On the date signed below came on for consideration the parties' Agreed Motion to Enter Judgment. The Court, having considered CMC's motion and the response, if any, filed by the plaintiff, is of the opinion that the motion is meritorious and should be granted. Therefore, it is

**ORDERED, ADJUDGED** and **DECREED** that the Plaintiff, Andrew Clark, shall have and recover a judgment that the Plaintiff takes nothing from the Defendant, Coldwater Machine Company, LLC.  Further, it was

**ORDERED** that costs of court incurred are taxed against the party incurring same.

SIGNED on this 3rd day of January , 2012.

Honorable Keith Ellison